# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HELEN PARK,<br><br>　　　　Defendant. | Case No. 1:14-CR-00200-SKO<br><br>ORDER TERMINATING PROBATION PURSUANT TO 18 U.S.C. § 3564(c) |

**ORDER**

Pursuant to Defendant's request for early termination of her term of unsupervised probation and the United State's joinder in that request, the Court hereby terminates Defendant's term of unsupervised probation pursuant to 18 U.S.C. § 3564(c). Defendant's term of unsupervised probation is terminated as of the date of this Order.

IT IS SO ORDERED.

Dated:　September 23, 2015　　　　　　　/s/ *Michael J. Seng*
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE